1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FABIAN FUENTES ROSAS,

      Petitioner,

vs.

E.K. McDANIEL, *et al.*,

      Respondents.

3:05-cv-00490-RLH-VPC

**ORDER**

     Respondents have filed a motion for a third extension of time in which to file a response to the second amended petition for a writ of habeas corpus.  (ECF No. 75).  Respondents seek a 49-day enlargement of time, up to and including January 22, 2014, to file a response.  Having reviewed the motion and good cause appearing, respondents' motion is granted.

     **IT IS THEREFORE ORDERED** that respondents' motion for a third extension of time to file a response to the second amended petition (ECF No. 75) is **GRANTED.**  The response shall be filed on or before **January 22, 2014.  No further extensions shall be granted absent a showing of extraordinary circumstances.**

     Dated this ____5th____ day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE