UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FABIAN FUENTES ROSAS, | |
| Petitioner, | 3:05-cv-00490-RLH-VPC |
| vs. | |
| E.K. McDANIEL, *et al.*, | **ORDER** |
| Respondents. | |

Respondents have filed a motion for a third extension of time in which to file a response to the second amended petition for a writ of habeas corpus. (ECF No. 75). Respondents seek a 49-day enlargement of time, up to and including January 22, 2014, to file a response. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for a third extension of time to file a response to the second amended petition (ECF No. 75) is **GRANTED.** The response shall be filed on or before **January 22, 2014. No further extensions shall be granted absent a showing of extraordinary circumstances.**

Dated this    5th    day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE