AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

FABIAN FUENTES ROSAS,

    Petitioner,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:05-cv-00490-RCJ-VPC**

E.K. McDANIEL, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Rosas's petition for a writ of habeas corpus is **DENIED.** Judgment is hereby entered in favor of respondents and against Rosas; and this action is **DISMISSED** with prejudice.

    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

  August 22, 2017                              **DEBRA K. KEMPI**
                                                                    Clerk

                                                                    /s/ D. R. Morgan
                                                                    Deputy Clerk